### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | CRIMINAL NO. 1:06-CR-199 |
| v. : | (Judge Conner) |
| **EDWIN LUGO-GONZALES** : | |

### FINAL ORDER OF FORFEITURE

Upon the proceedings had heretofore and upon Motion (Doc. 598) of the United States of America, the Court finds:

A Preliminary Order of Forfeiture was entered on September 24, 2007, ordering the defendant to forfeit the following property:

    a)    $9,370.00 in United States currency; and

    b)    Jewelry valued previously valued at $14,045.00 and most recently valued at $17,195.00.

Notice of the Preliminary Order of Forfeiture was published in a newspaper of general circulation in the Middle District of Pennsylvania on November 14, November 21, and November 28, 2007. All persons claiming an interest in the above-described property were required to file their claims with the Clerk of Court not later than 30 days after the date of final publication of notice.

No petitions were filed within the thirty-day period required by 21 U.S.C. 853(n)(2). Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

Now, therefore, upon motion of the United States of America, for Final Order of Forfeiture, it is hereby ORDERED, ADJUDGED AND DECREED that:

a. All right, title and interest in the above-described property is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law;

b. The Clerk is hereby directed to send attested copies of this Order to all counsel of record;

c. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED this 2nd day of January, 2008.


   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge